IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| FRED A. NORMAN, et al., | : | Case No. 1:19-cv-250 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| SUPERIOR CREDIT UNION, INC., f/k/a CINCO CREDIT UNION, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER OVERRULING OBJECTIONS (DOC. 36), ADOPTING REPORT AND RECOMMENDATIONS (DOC. 35), GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 9) AND TERMINATING CASE**

This action is before the Court on Plaintiffs Fred and Lydia Norman's Objections (Doc. 36) to Magistrate Judge Stephanie K. Bowman's Report and Recommendations (Doc. 35). Magistrate Judge Bowman recommended that the Court grant the Motion for Summary Judgment (Doc. 9) filed by Defendants Superior Credit Union, Inc. f/k/a Cinco Credit Union, Tom Hopper, Jim Zahneis and Perry Lunhe and dismiss this case. Plaintiffs timely filed Objections to the Report and Recommendations, in response to which Defendants filed a memorandum (Doc. 38) supporting the Magistrate Judge's recommended decision. This matter is ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiffs' Objections (Doc. 36) are not well-taken and accordingly are

OVERRULED. The Court **ADOPTS** the Report and Recommendations (Doc. 35) in its entirety and **GRANTS** Defendants' Motion for Summary Judgment (Doc. 9). This case is hereby **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE